PROB 12C
(D/KS 1/06)

PACTS#23895

# United States District Court

## for the

## District of Kansas

## Petition for Warrant or Summons for Offender Under Supervision

Case Number: **1083 F:07-09362M-001**
**1083 F:07-09538M-001**

Name of Offender: **Erica D Broadfoot**

Name of Sentencing Judicial Officer:   Honorable Donald W Bostwick
U.S. Magistrate Judge

Date of Original Sentence:   2/7/2008

Date of Revocation Sentence:   10/16/2008

Original Offense:   **F:07-09362M-001:**   Possession of Drug Paraphernalia,
**F:07-09538M-001:**   Driving Under the Influence

Original Sentence:   Probation - 6 Months

Type of Supervision:   USM         Date Supervision Commenced:   2/7/2008

Date Supervision Commenced:   10/16/2008

Asst. U.S. Attorney:   Robin Graham      Defense Attorney:   David Freund

---

### PETITIONING THE COURT

[ ]  To issue a warrant
[x]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **General Condition #7:** The defendant shall refrain from the excessive use of alcohol and shall not purchase, , possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | According to Donna Coulter, Geary County Intensive Supervision Officer, on March 30, 2009, the defendant tested positive for Methamphetamine and THC. On April 13, 2009, the defendant tested |

Prob 12C                                         -2-                        Petition for Warrant or Summons
                                                                              for Offender Under Supervision
Name of Offender: Erica D Broadfoot                                    Case Number: 1083 F:07-09362M-001

> 2
>
> positive for THC.
>
> **General Condition:** The defendant shall not commit another federal, state or local crime.
>
> The defendant was arrested by Geary County Sheriff's Office on 12/14/2008, 12/26/2008 and 01/05/2009 for Domestic Battery and on 01/12/2009 for Aggravated Battery. All arrests involved altercations with the defendant's boyfriend. The charge of Aggravated Battery was dismissed on 02/03/2009.

U.S. Probation Officer Recommendation:

> The term of supervision should be:
>
> [x] Revoked
> [ ] Extended for  year(s), for a total term of  years.

[ ] The conditions of supervision should be modified as follows:

> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on:   April 13, 2009
>
> _____Barbara S. Nuss_____
> Barbara S Nuss
> U.S. Probation Officer

Approved:
Trey W Burton
Digitally signed by Trey W Burton
DN: cn=Trey W Burton, o=District of Kansas, ou=Probation, c=US
Date: 2009.04.14 11:42:33 -05'00'

SUSPO

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
[X]   The Issuance of a ~~Summons~~ *Notice to Appear For 5-7-09*
[ ]   Other

Prob 12C  -3-  Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Erica D Broadfoot     Case Number: 1083 F:07-09362M-001

_Karen M. Humphrey_
Signature of Judicial Officer

4/16/09
Date

cc: AUSA Shessy Davis

Address of Defendant:

948 Grant Avenue Lot 317B

Junction City, Kansas 66441

---

Defendant to appear on  Thursday, August 7, 2008
at  9:00 am   before the Honorable Donald Bostwick,
U.S. Magistrate Judge at  Fort Riley, KS .